**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
|     Plaintiff, | |
| -vs- | Case No. 4:02-CR-0066-JCH |
| DEMOND ROSS, | |
|     Defendant. | |

## ORDER

The purpose for which cash bail was posted in the above styled matter having now been served, the Clerk is hereby ORDERED to draw a Registry Check in the sum of $ __1,000.00__ to the surety of record.

                          /s/ Jean C. Hamilton
                          UNITED STATES DISTRICT JUDGE

Dated this 27th day of January, 2006.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## VERIFICATION OF DEFENDANT'S STATUS
(to be completed by the District Court)

I certify that the amount of the bond listed above is being held in the Registry of the United States District Court-Eastern District of Missouri. I also certify that the status of the defendant is such that the conditions of the bond have been met as of this __27TH__ day of __January__, 2006.

                          /s/ Cindy Kornberger
                          Deputy Clerk